## CHAPTER 13 PLAN (Individual Adjustment of Debts)  11-34669-LMJ

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Donald Alan Tobkin _____ JOINT DEBTOR: _____ CASE NO.: _____

Last Four Digits of SS# 5756 _____    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ____60____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $____20____ for months __1__ to __12__; for trustee fees
B.  $__2783..56__ for months __13__ to __60__; for trustee fees, and 100% of secured IRS ($49,991) & 100% of allowable unsecured claims ($71,336.59 inclusive of interest), and 100% of Jackson Natl Life Ins. Co. 1yr arrearage of premiums inclusive of interest (Aug 2011-Aug 2012) ($16,289.61)
C.  $__1335.43__ for months __13__ to __60__; in order to pay the following creditors: Other allowable claims up to $60,717.00 inclusive of interest, if any, and trustee fees on said other allowable claims

Administrative: Attorney's Fee - $____0____ TOTAL PAID $ __0__
Balance Due   $____0____ payable $____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date $_____
Address: _____       Arrears Payment   $____/month (Months ____ to ____)
_____       Regular Payment   $____/month (Months ____ to ____)
Account No: _____

2. _____   Arrearage on Petition Date $_____
Address: _____       Arrears Payment   $____/month (Months ____ to ____)
_____       Regular Payment   $____/month (Months ____ to ____)
Account No: _____

3. _____   Arrearage on Petition Date $_____
Address: _____       Arrears Payment   $____/month (Months ____ to ____)
_____       Regular Payment   $____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $____0____                                                     0
   Payable  $____/month (Months____ to ____) Regular Payment $_____
2. _____   Total Due $_____
   Payable  $____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months_____ to _____). As provided above 100% payment on said claims months 13-60
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Trustee shall be allowed, as administrative expense, additional fees and costs up to statutory maximum to be deducted from the proceeds from successful Trustee caused Chapter 5 avoidance interventions and actions. All exempt and post petition property shall immediately vest in Debtor. Debtor shall have the right of possession, ownership, control and exclusive discretionary use of all claimed exempt property and all other property other than Trustee fees and costs, other debtor approved and Court ordered administrative expense. The debtor's schedule G executory contracts are not presented rejected. The plan

LF-31 (rev. 01/08/10)

includes the paying for and maintaining of all of Debtor's listed Life, health, auto, and premise insurances. The plan shall provide that Debtor's Jackson National Life insurance shall remain in full force and effect with premiums deferred from August 2011- August 2012. Said deferred premium payment for 12 months with inclusive of 6% annual simple interest is approximately $16,289.61. Said $16,289.61 shall be considered an accumulating arrearage during months 1-12 of the plan and will be repaid within the plan during month 13-60. Next if after confirmation of the plan, all filed and allowed claims are paid in full, then the plan shall terminate.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____  _____
Debtor                           Joint Debtor
Date: 9/1/11                     Date:

LF-31 (rev. 01/08/10)